Tami Sonoye Kishi-Deanda
Joseph Deanda
Proposed Guardian ad Litem
101 W. Vine Street
Lodi, Ca 95240
Telephone: (209) 915-9404

In Pro Per

Guardian for Defendant

RECEIVED
JUL 14 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| Don Campbell,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Tanner C. Schlenker, et. al<br><br>　　　　　Defendant. | Case No. 4:14-cv-02506 DMR<br><br>**STIPULATION AND ORDER**<br><br>Magistrate: Judge Donna M. Ryu |

**IT IS HEREBY STIPULATED** by the above-captioned parties as follows: It is hereby agreed between plaintiff's counsel, Anna L. Scholin, and the proposed Guardian Ad Litem for defendant, T.S. (a minor), that this defendant shall file her Answer or otherwise plead to the Complaint for Interpleader on or before July 30, 2014. The reason for the extension is to allow defendant additional time to secure counsel.

_____          _____
Anna L. Scholin, Shawn C. Goff              Tami Kishi-Deanda
Attorney for Plaintiff    7/1/14           Guardian Ad Litem for T.S. (a minor)
                                           Guardian For Defendant

Stipulation to Time
Extension s/f

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the terms of the stipulation are approved in their entirety and shall become the order of the Court.

Dated: July 14, 2014

_____
UNITED STATES MAGISTRATE JUDGE