UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Don Campbell, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case Number: C-14-2506 DMR |
| | ) | |
| vs. | ) | ORDER APPOINTING COUNSEL |
| Tanner C. Schlenker, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Because the Defendant, T.S., has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Nadia Farah, of the Law Offices of Nadia Farah P.C., is hereby appointed as counsel for T.S. in this matter.

The scope of this referral shall be for:

☒ all purposes for the duration of the case

☐ the limited purpose of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ☐ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    _____

    ☐ discovery as follows:

    _____
    _____

    ☐ other:

    _____
    _____

All proceedings in this action are hereby stayed until four weeks from the date of this order.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated:  August 8, 2014

_____
Hon. Donna M. Ryu
United States Magistrate Judge

EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES