Shawn C. Gross (SBN 248022)
Mollie Simons (SBN 285363)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA  94612
Telephone: (510) 272-0169
Facsimile:  (510) 272-0174
sgroff@leonardcarder.com
msimons@leonardcarder.com

Attorneys for Plaintiffs

Matthew D. Haley (SBN 104493)
HALEY LAW OFFICES, P.C.
1633 San Pablo Avenue
Oakland, CA 94612
Tel: (510) 444-1881
matt@haleylaw.com

Attorney for Defendant
Tanner C. Schlenker

Nadia Farah (SBN 154599)
LAW OFFICES OF NADIA FARAH, P.C.
2730 Naglee Rd #200
Tracy, CA 95304
Tel: (209) 229-7977
nadia@nadiafarah.com

Attorney for Defendant
T.S. (a minor child)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON CAMPBELL, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>TANNER C. SCHLENKER, *et al*.,<br><br>    Defendants. | Case No.: 14-02506-DMR<br><br>**FURTHER JOINT STATUS REPORT AND ~~PROPOSED~~ ORDER** (AS MODIFIED) |

The parties to the above-entitled action jointly submit this JOINT STATUS REPORT and PROPOSED ORDER following the status report filed November 12, 2104.

1. **Request for Additional Time**

The parties report that they are in substantial agreement about the primary terms of the settlement. On November 12, 2014, the Defendants requested additional time to properly establish a guardian ad litem for Defendant T.S., a minor child. On January 30, 2015 additional time was requested in order for a guardian to be selected. Defendants require additional time to finalize the guardianship arrangement.

1

1 　　　　The selection of two guardians ad litem for Defendant T.S., a minor child, has been
2 completed and two co-guardians will be appointed.  Nomination of the co-guardians was filed in
3 San Joaquin County, where the minor resides, and the case number is 39-2013-00299617-PR-
4 GP-STK. A hearing is set for April 7, 2015.
5 　　　　Once the co-guardians are appointed, they will then Petition this court for an order
6 approving the settlement, and distributing the funds to a blocked account or trust to be distributed
7 when the minor turns 25. The Parties are reviewing the settlement agreement and anticipate that
8 it will be complete by May 15, 2015.
9 　　　　Until the guardianship is resolved and the appropriate guardianship account set up, the
10 settlement cannot be finalized and submitted to the Court. Defendants estimate that they will
11 require until May 15, 2015 to make the guardianship arrangements and to finalize a settlement
12 agreement with the Plaintiffs. Therefore, the parties jointly request that the Court allow them
13 until May 15, 2015 to submit a settlement agreement or, if necessary, a status report and a
14 request for a case management conference.

**2.     In the Alternative, Request for A Case Management Conference**

16 　　　　In the event that the parties are unable to complete the settlement agreement, the parties
17 request the opportunity to file a further joint status report on June 15, 2015 and request a case
18 management conference on July 6, 2015.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　LEONARD CARDER, LLP

Dated: April 1, 2015

　　　　　　　　　　　　　　　　　　By:　　*/s/ Mollie Simons*
　　　　　　　　　　　　　　　　　　　　　Shawn C. Groff
　　　　　　　　　　　　　　　　　　　　　Mollie Simons

　　　　　　　　　　　　　　　　　　ATTORNEY FOR THE PLAINTIFFS

| | | |
|---|---|---|
| 1 | Dated: April 1, 2015 | HALEY LAW OFFICES, P.C. |
| 2 | | |
| 3 | | By:  /s/ Matthew D. Haley  |
| | | Matthew D. Haley |
| 4 | | |
| | | ATTORNEY FOR DEFENDANT |
| 5 | | TANNER C. SCHLENKER |
| 6 | Dated: April 1, 2015 | LAW OFFICES OF NADIA FARAH, P.C. |
| 7 | | |
| 8 | | |
| | | By:  /s/ Nadia Farah  |
| 9 | | Nadia Farah |
| 10 | | |
| | | ATTORNEY FOR DEFENDANT |
| 11 | | T.S. (A MINOR CHILD) |

### SIGNATURE UNDER LOCAL RULE 5-1(i)(3)

Pursuant to Local Rule 5-1(i)(3) of the United States District Court, Northern District of California, I, Mollie Simons – the ECF User whose User ID and Password are used in the filing of this document – hereby attest that the authorization of the filing of this document has been obtained from the other signatories to this document.

DATED: April 1, 2015                          By:  /s/ Mollie Simons  
                                                        Mollie Simons

**ORDER** (AS MODIFIED)

In light of the above JOINT STATUS REPORT, the Court orders that the ~~parties submit a settlement agreement no later than June 1, 2015. If no settlement agreement is submitted by June 1, 2015, the Court orders that the parties submit another joint status report on June 15, 2015 and appear for a case management conference on July 6, 2015.~~  Further Case Management Conference previously set for April 15, 2015 at 1:30 p.m. has been VACATED.  By May 15, 2015, the parties shall submit a settlement agreement, or if necessary, a joint status report and request for Further Case Management Conference.

IT IS SO ORDERED.

Dated: April 1, 2015



THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu